1  PHILLIP A. TALBERT
   United States Attorney
2  PETER THOMPSON
   Acting Regional Chief Counsel
3  PATRICK WILLIAM SNYDER
   Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (510) 970-4858
6        Facsimile: (415) 744-0134
   Attorneys for Defendant
7

8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13  REGINA RINES,                          No.  1:21-cv-01113-BAK (EPG)

14              Plaintiff,                  STIPULATION AND ORDER FOR EXTENSION
                                            TO FILE DEFENDANT'S RESPONSE BRIEF
15  v.
                                            (ECF No. 15)
16  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,
17
                Defendant.
18

19      The parties stipulate through counsel that Defendant, the Acting Commissioner of Social

20  Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's

21  Motion for Summary Judgment, to July 11, 2022, with all other deadlines extended accordingly.

22      The undersigned attorney for Defendant needs more time to respond to Plaintiff's motion.

23  The undersigned has worked to identify, handle, and calendar over 200 active cases in the Eastern

24  District of California and is concluding his work on that project this month before transitioning to

25  work at a different SSA component. Defendant's counsel seeks this extension of 30 days to

26  complete this briefing and will brief this case prior this transition.

27

28

1

Respectfully submitted,

2

3   DATE: June 8, 2022          */s/ Jonathan Pena*
                                Attorney for Plaintiff
4                               (as approved via email)

5                               PHILLIP A. TALBERT
                                United States Attorney
6

7   DATE: June 8, 2022      By   */s/ Patrick William Snyder*
                                 PATRICK WILLIAM SNYDER
8                                Special Assistant United States Attorney

9                                Attorneys for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Based on the above stipulation (ECF No. 15), IT IS ORDERED that Defendant shall file Defendant's response to Plaintiff's motion for summary judgment no later than July 11, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:    **June 9, 2022**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

3